# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| **THOMAS F. BALL III**<br>CHIEF CIRCUIT MEDIATOR<br>PALMYRA, VIRGINIA | **FRANK C. LANEY**<br>CIRCUIT MEDIATOR<br>409 ACCOLADE DRIVE<br>CARY, NC 27513<br>(919) 469-2853<br>FAX (919) 469-5278<br>Frank_Laney@ca4.uscourts.gov | **DONNA S. HART**<br>SENIOR RESIDENT CIRCUIT<br>MEDIATOR<br>DURHAM, NORTH CAROLINA<br><br>**EDWARD G. SMITH**<br>CIRCUIT MEDIATOR<br>DUNCAN, SOUTH CAROLINA |
|---|---|---|

July 16, 2014

Re: 14-1637, Knox Creek Coal Corporation v. Secretary of Labor

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

    This letter will confirm that the mediation conference has been rescheduled for Thursday, August 7, 2014 at 9:30am EASTERN time.

    Thank you for your assistance in this matter.

Sincerely,

Frank C. Laney
Circuit Mediator

Copies:  Mark Evan Heath
             Alexander Macia
             Robin Ann Rosenbluth